RONALD W. MAKAREM, CA Bar No. 180442
makarem@law-rm.com
Daniel J. Bass, CA Bar No. 287466
bass@law-rm.com
MAKAREM & ASSOCIATES, APLC
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California 90025-1760
Telephone:       310-312-0299
Facsimile:       310-312-0296

Attorneys for Plaintiff JAMEELAH
 FATIMAH SCOTT

JOSHUA D. KIENITZ, Bar No. 244903
jkienitz@littler.com
LITTLER MENDELSON, P.C.
Treat Towers 1255 Treat Boulevard Suite 600 Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

HEATHER LANYI, Bar No. 341790
hlanyi@littler.com
HARMAN DEOL, Bar No. 346547
hdeol@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor San Francisco, CA 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMEELAH FATIMAH SCOTT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, and Does 1 through 20, inclusive,<br><br>Respondent. | Case No. 3 :23-cv-01484-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSTION TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to the Northern District of California Local Rule 7-12, the undersigned counsel of record of Defendant Pacific Gas and Electric Company ("Defendant") and Plaintiff Jameelah Fatimah Scott ("Plaintiff") (collectively with Defendant "Parties") submit this stipulation requesting that the Court extend Plaintiff's deadline to file an opposition to Defendant's Motion to Dismiss (Dkt. 16) and Defendant's deadline to file a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and continue the hearing on the Motion.

**I.   Recitals**

On February 10, 2023, Plaintiff filed a class action complaint against Defendant in San Francisco County Superior Court alleging wage and hour violations of (1) Recovery of Unpaid Minimum Wages, (2) Recovery of Unpaid Overtime Wages, (3) Failure to Provide Meal Periods, (4) Failure to Provide Rest Periods, (5) Waiting Time Penalties, and (7) Unfair Competition ("Complaint"). Declaration of Daniel J. Bass ("Bass Decl."), ¶ 2. On March 29, 2023, Defendant removed the action to the Unites States District Court for the Northern District of California. Dkt. No. 1. On April 12, 2023, Defendant filed a Motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) ("Motion to Dismiss"). Dkt. No. 16.

Plaintiff's deadline to move to remand this matter is April 28, 2023. Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due two days prior on April 26, 2023. Additionally, pursuant to Northern District of California Local Rule 7-3(c), Defendant's reply to plaintiff's opposition is currently due on May 3, 2023. The hearing on Defendant's Motion to Dismiss is set for May 18, 2023 at 2:00 p.m.

Parties' counsels have been meeting and conferring regarding several preliminary issues in this matter since before it was removed. (Bass Decl. ¶ 5.) On April 13, 2023, the parties met and conferred by telephone and discussed seeking the extension in this stipulation in order to allow time to continue their meet and confer efforts. (*Id.* ¶ 6.) Parties' counsel spoke again on April 19 and 21, 2023 and agreed to a short, stipulated continuance in order to further discuss Plaintiff potentially filing a Motion to Remand and the potential amendment of the operative

Complaint. (*Id.* ¶ 7.)

The parties now request that the deadlines for Plaintiff's opposition and Defendant's reply be extended as follows to allow the parties to meet and confer regarding remand, a possible amended complaint and withdrawal of the pending motion to dismiss. (Bass Decl. ¶ 8.)

    A.  New deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss: May 10, 2023;

    B.  New deadline for Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss: May 17, 2023.

There have not been any previous time modifications in the case, whether by stipulation or Court order. (Bass Decl. ¶ 9.) The requested time modifications should not have any impact on the schedule of the case as the case is in its infancy and was recently removed and assigned to this Court. (Bass Decl. ¶ 10.)

**II.     Stipulation**

Pursuant to the forgoing recitals, which are incorporated herein by this reference, and subject to the Court's approval, the Parties stipulate and agree as follows:

Plaintiff's opposition and Defendant's reply deadlines are extended as follows:

    A.  Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss shall be May 10, 2023;

    B.  Defendant's deadline to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss shall be May 17, 2023; and

    C.  The hearing on Defendant's Motion to Dismiss shall be continued to June 1, 2023 at 2:00 p.m. or to a time and date thereafter convenient to the Court.

IT IS SO STIPULATED.

Dated: April 21, 2023                                              **LITTLER MENDELSON, P.C.**

By:   */s/ JOSHUA D. KIENITZ*
       JOSHUA D. KIENITZ
       Attorneys for Defendant, Pacific Gas And Electric Company

| | |
|---|---|
| Dated: April 21, 2023 | **MAKAREM & ASSOCIATES, APLC** |
| | By: */s/ Daniel J. Bass*[1] <br> Daniel J. Bass <br> Attorneys for Plaintiff, Jameelah Fatimah Scott |

---

[1] The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) with the foregoing e-filed document.

**[~~PROPOSED~~] ORDER**

Pursuant to the above Stipulation, Plaintiff's opposition and Defendant's reply deadlines are hereby extended as follows:

A. Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss shall be May 10, 2023;

B. Defendant's deadline to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss shall be May 17, 2023; and

C. The hearing on Defendant's Motion to Dismiss shall be June 1, 2023 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 04/24/2023

_____
Hon. Araceli Martinez-Olguin
United States District Judge